UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | **CIVIL ACT. NO 09-CV- 0928** |
| V. | **JUDGE TUCKER L. MELANÇON** |
| **ROBERT L. HOLLIER** | |
| **WAYNE A. DUPUIS** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for his Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and noting there are no objections filed by the parties, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein. It is therefore

**ORDERED** that defendants' motions to dismiss [Rec. Docs. 15; 16] are **DENIED**.

Thus done and signed in Lafayette, Louisiana this 8th day of January, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

**SECURITIES AND EXCHANGE COMMISSION**                    **CIVIL ACT. NO 0928**

**V.**

**ROBERT L. HOLLIER**
**WAYNE A. DUPUIS**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss are **DENIED.**

Lafayette, Louisiana this _____ day of _____, 200_____.

_____
**TUCKER L. MELANÇON**
UNITED STATES DISTRICT COURT