# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| vs. | ) |
| | ) 6:09-cv-00928 |
| ROBERT L. HOLLIER and | ) |
| WAYNE A. DUPUIS, | ) Judge Melançon |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT AS TO DEFENDANTS
## ROBERT L. HOLLIER AND WAYNE A. DUPUIS

The Securities and Exchange Commission having filed a Complaint and Defendants Robert L. Hollier and Wayne A. Dupuis, having consented to the Court's jurisdiction over them, and the subject matter of this action; having consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); having waived findings of fact and conclusions of law; and having waived any right to appeal from this Final Judgment:

### I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants Hollier and Dupuis and their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or

instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

 (a) to employ any device, scheme, or artifice to defraud;

 (b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

 (c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Hollier and Defendant Dupuis, are jointly and severally liable for disgorgement in the amount of $41,800, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $11,288.64, for a total of $53,088.64. Defendants Hollier and Dupuis shall jointly and severally satisfy this obligation by paying $53,088.64 within thirty (30) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Robert L. Hollier and Wayne A. Dupuis as defendants in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendants Hollier and Dupuis shall jointly and severally pay post-

judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury. Defendants Hollier and Dupuis shall simultaneously transmit photocopies of such payment and letter to Edward G. Sullivan, Esq., Securities and Exchange Commission, 3475 Lenox Road, N.E. Suite 1000, Atlanta, Georgia 30326. By making this payment, Defendants Hollier and Dupuis relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendants Hollier and/or Dupuis.

### III.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Dupuis shall pay a civil penalty in the amount of $41,800 pursuant to Sections 21(d)(3) and 21A of the Exchange Act [15 U.S.C. §§78u(d)(3)and 78u-1]. Defendant Dupuis shall make this payment within thirty (30) days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Wayne A. Dupuis as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant Dupuis shall simultaneously transmit photocopies of such payment and letter to Edward G. Sullivan, Esq., Securities and Exchange Commission, 3475 Lenox Road, N.E. Suite 1000, Atlanta, Georgia 30326. Defendant Dupuis shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

IV.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that their Consents are incorporated herein with the same force and effect as if fully set forth herein, and that Defendants Hollier and Dupuis shall comply with all of the undertakings and agreements set forth therein.

V.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VI.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith against Defendants Hollier and Dupuis, and without further notice.

**SO ORDERED**, this 11th day of March, 2011.

Tucker L. Melançon, JUDGE
**UNITED STATES DISTRICT COURT**